NASSAU COUNTY TRUST COMPANY, as Administrator of the Estate of SHAHEENIE SALEEBY, Deceased, et al., Appellants, *v.* NAZURA D. SALEEBY et al., Individually and as Heirs at Law and Next of Kin of SHAHEENIE SALEEBY, Deceased, et al., Respondents.

Argued April 19, 1937; decided April 21, 1937.

*John R. Jones* for motion.
*Vito F. Lanza* opposed.

Motion granted and appeals dismissed, with costs, and ten dollars costs of motion, unless return on appeal is filed within fourteen days, in which event the motion is denied.